IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| COURTNEY HARNESS | ) | CASE NO. 1:22cv01422 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID RUIZ |
| | ) | |
| v. | ) | **ESTIMATED ATTORNEYS FEE** |
| | ) | **ITEMIZATION** |
| UNIVERSITY HOSPITALS HEALTH SYSTEMS, INC. | ) ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Courtney Harness, by and through undersigned counsel, and pursuant to the Court's Case Management Order, hereby submits the following preliminary estimate and/or budget of the amount of attorney's fees and expenses anticipated in this matter:

| **ATTORNEY'S FEES** | | **COSTS** | |
|---|---|---|---|
| Preliminary Investigation And Filing Complaint | $6,000.00 | Depositions | $4,000.00 to $6,000.00 |
| Procedural Motions Practice | $0.00 | Experts | $0.00 |
| Discovery | $20,000.00 | Witness Fees | $500.00 |
| Dispositive Motions Practice | $15,000.00 | Other | $2,500.00 |
| Settlement Negotiations | $5,000.00 | | |
| Trial | $15,000.00 | | |
| **TOTAL FEES** | **$61,000.00** | **TOTAL COSTS** | **$7,000.00 to $9,500.00** |

Respectfully submitted,

*/s/ Chris P. Wido*
Chris P. Wido (0090441)
**SPITZ, THE EMPLOYEE'S ATTORNEY**
25825 Science Park Drive, Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax: (216) 291-5744
Email: chris.wido@spitzlawfirm.com

*Attorney for Plaintiff Courtney Harness*

## CERTIFICATE OF SERVICE.

The undersigned hereby certifies that on December 16, 2022 a copy of the forgoing was filed electronically via the Court's electronic filing system. Notice of the foregoing filing will be sent by operation of the Court electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court system.

*/s/ Chris P. Wido*
Chris P. Wido (0090441)
**THE SPITZ LAW FIRM, LLC**

*Attorney for Plaintiff Courtney Harness*